CURTIS BAY TOWING COMPANY OF PENNSYLVANIA, a Pennsylvania Corporation, Appellee, v. LUCKENBACH STEAMSHIP CO., Inc., a Delaware Corporation, Appellant.

No. 8515.

Circuit Court of Appeals, Third Circuit.

Argued March 6, 1944.

Decided March 15, 1944.

Samuel L. Einhorn, of Philadelphia, Pa. (Einhorn & Schachtel, of Philadelphia, Pa., on the brief), for appellant.

Joseph W. Henderson, of Philadelphia, Pa. (Rawle & Henderson, Harrison G. Kildare, and George M. Brodhead, Jr., all of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, JONES, and McLAUGHLIN, Circuit Judges.

PER CURIAM.
Judgment, 54 F.Supp. 988, affirmed.

BUILDING SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 238, Affiliated with American Federation of Labor, Appellant, v. TRENTON TRUST COMPANY, Defendant.

No. 8579.

Circuit Court of Appeals, Third Circuit.

Submitted on Briefs May 2, 1944.

Decided May 5, 1944.

Rothbard, Greenstone & Harris, of Newark, N. J. (Samuel L. Rothbard, of Newark, N. J., on the brief), for appellant.

Backes & Backes, of Trenton, N. J. (H. W. Backes, of Trenton, N. J., on the brief), for appellee.

Before JONES and GOODRICH, Circuit Judges, and GANEY, District Judge.

PER CURIAM.
The question involved in the instant appeal, viz., whether certain employees of the defendant company were engaged in interstate commerce or in the production of goods for interstate commerce within the meaning of the Fair Labor Standards Act of 1938 (52 Stat. 1060), is so closely analogous to the question recently decided by this court in Blumenthal v. Girard Trust Co. that it is unnecessary for us to repeat what was said there. See Blumenthal v. Girard Trust Co., 3 Cir., 141 F.2d 849, and cases there cited.

The judgment of the District Court is affirmed.

Herbert L. HARDING, Appellant, v. AMERICAN INSURANCE COMPANY OF NEWARK, N. J., Appellee.

No. 10896.

Circuit Court of Appeals, Fifth Circuit.

May 5, 1944.

Walter G. Wedig, of New Orleans, La., for appellant.

St. Clair Adams, Jr., of New Orleans, La., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

WALLER, Circuit Judge.
An examination of the record convinces us that the judgment of the Court below was correct, and the same is affirmed.